

Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GENOVEVA STRAHL, <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>EQUIFAX INFORMATION SERVICES LLC and TRANS UNION, LLC, <br><br>　　　　　Defendants. | **Case No. 2:17-cv-02983-JCM-PAL** <br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** <br><br>**(FIRST REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Genoveva Strahl has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from January 3, 2018 through and including **January 31, 2018**. The request was made by Equifax, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

///

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1      Respectfully submitted, this 3rd day of January, 2018.

2                                                     SNELL & WILMER LLP

By: /s/ *Bradley Austin*
      Bradley T. Austin
      Nevada Bar No. 13064
      3883 Howard Hughes Pkwy
      Suite 1100
      Las Vegas, NV 89169
      Tel: 702-784-5200
      Fax: 702-784-5252
      Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services, LLC*

***No opposition***

/s/ *Michael Kind*
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
Tel: (702) 405-1765
Email: mkind@kazlg.com

*Attorney for Plaintiff Genoveva Strahl*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: January 4, 2018

4822-9364-6682