Michael Kind, Esq.
Nevada Bar No.: 13903
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Genoveva Strahl*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Genoveva Strahl,<br><br>        Plaintiff,<br>v.<br><br>Equifax Information Services LLC and Trans Union LLC,<br><br>        Defendants. | Case No.: 2:17-cv-02983-JCM-PAL<br><br>**Stipulation for an extension of time for Plaintiff to Respond to Trans Union LLC's Motion to Dismiss [ECF No. 17]**<br><br>**(First Request)** |

Plaintiff Genoveva Strahl ("Plaintiff") and Trans Union LLC ("Defendant"), by and through their respective counsel, hereby submit this stipulation for an extension of time—until **March 29, 2018**—for Plaintiff to respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, filed on March 2, 2018, ECF No. 17. Plaintiff's Response is currently due on March 15, 2018.

Plaintiff filed her Complaint on December 1, 2017. ECF No. 1. Defendant filed its motion to dismiss on February 2, 2018. ECF No. 10. On February 16, 2018, Plaintiff filed her First Amended Complaint. ECF No. 15. On March 2, 2018, Defendant filed its pending Motion to Dismiss Plaintiff's Amended Complaint. ECF No. 17. Plaintiff's Response is due on March 15, 2018. *Id.* Counsel for Plaintiff has requested in good faith and not for the purposes of delay, and Defendant has agreed, to allow Plaintiff an additional 14 days to respond to the Motion. The Parties in good faith stipulate to allow additional time for Plaintiff to respond to the Motion. This is the first request for an extension of this deadline.

///

///

///

The Parties therefore stipulate that:

(1) Plaintiff's response to Defendant's motion to dismiss, ECF. No. 17, shall be due on or before March 29, 2018.

DATED this 16th day of March 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Jason Revzin
Jason Revzin, Esq,
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant Trans Union LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 16, 2018

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on March 16, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148