Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Genoveva Strahl*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Genoveva Strahl,<br><br>Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, and Trans Union LLC,<br><br>Defendants. | Case No. 2:17-cv-02983-JCM-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES LLC** |

## NOTICE

The dispute between Plaintiff Genoveva Strahl ("Plaintiff") and Defendant Equifax Information Services LLC ("Defendant") has been resolved. Plaintiff

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

anticipates filing dismissal documents as to Plaintiff's claims against Defendant with prejudice within 60 days—on or before **May 25, 2018**.

DATED this 26th day of March 2018.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 S. Fort Apache Rd., Ste. 100
    Las Vegas, NV 89148
    *Attorneys for Plaintiff*

**IT IS ORDERED:** The parties shall have until May 25, 2018, to file a stipulation for dismissal or a joint status report indicating when the stipulation will be filed.

Dated this 30th day of March, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on March 26, 2018, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 S. Fort Apache Rd., Ste. 100
    Las Vegas, NV 89148