Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Genoveva Strahl*

KAZEROUNI LAW GROUP, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Genoveva Strahl,<br><br>   Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, and Trans Union LLC,<br><br>   Defendants. | Case No. 2:17-cv-02983-JCM-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TRANS UNION LLC** |

## NOTICE

The dispute between Plaintiff Genoveva Strahl ("Plaintiff") and Defendant Trans Union LLC ("Defendant") has been resolved. Plaintiff anticipates filing

dismissal documents as to Plaintiff's claims against Defendant with prejudice within 60 days—on or before **June 4, 2018**.

DATED this 4th day of April 2018.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **June 4, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: April 6, 2018

Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on April 4, 2018, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
   Michael Kind, Esq.
   6069 S. Fort Apache Rd., Ste. 100
   Las Vegas, NV 89148